United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY CANTWELL, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-03355 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| GREAT LAKES DREDGE & | § | |
| DOCK COMPANY, LLC, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Timothy Cantwell sued Defendant Great Lakes Dredge & Dock Company, LLC, for wrongful termination in the 113th Judicial District Court of Harris County, Texas. See Dkt 1-2 (original petition). Defendant removed, claiming Plaintiff's claim can only proceed under the Age Discrimination in Employment Act. See Dkt 1 at ¶¶6–8. The matter was referred for disposition to Magistrate Judge Yvonne Ho. Dkt 4.

Plaintiff moved to remand. Dkt 6. He argues that he brings a claim under Texas law rather than federal law and that he exhausted all administrative remedies necessary to bring this claim. Id at 2–6. The Magistrate Judge entered a Memorandum and Recommendation recommending that the motion be granted. Dkt 11. She specifically found that Plaintiff's original petition didn't present a federal question and that the artful pleading doctrine didn't apply. Id at 3–10.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see

also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

Defendant filed objections. Dkt 13. It contends that the Magistrate Judge erred in referring to factual contentions within Plaintiff's motion rather than his petition. Id at 2–4. And it argues Plaintiff's only viable claim is under the ADEA such that a federal question exists. Id at 4–5.

On *de novo* review and determination, the objections lack merit. The Memorandum and Recommendation is thorough and well-reasoned. The Magistrate Judge correctly found that the petition does not on its face present a federal question. Whether Plaintiff has a viable claim under Texas law remains for the state court to determine.

The objections otherwise fail to show at present that subject-matter jurisdiction exists in federal court. If on remand Plaintiff amends his complaint to assert a federal claim, or some other writing indicates a federal claim has been placed at issue, upon timely removal this issue of remand might be decided differently.

The objections by Defendant Great Lakes Dredge & Dock Company, LLC, to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 13.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 11.

The motion by Plaintiff Timothy Cantwell to remand is GRANTED. Dkt 6.

2

This action is REMANDED to the 113th Judicial District Court of Harris County, Texas.

SO ORDERED.

Signed on March 16, 2026, at Houston, Texas.

*CREskridge*
Honorable Charles Eskridge
United States District Judge